# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    NO. 4:11CR00290-05 JLH

ERNEST RICHARD                                                                              DEFENDANT

## ORDER

A motion to revoke the supervised release of defendant Ernest Richard was filed in this matter on September 27, 2013, at which time an arrest warrant was issued. The defendant was released to the custody of the United States Marshal on or about April 29, 2014.

IT IS THEREFORE ORDERED that a hearing on the government's motion to revoke is hereby scheduled for **TUESDAY, MAY 6, 2014, at 2:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked. Document #525.

Assistant Federal Public Defender Kim Driggers is hereby appointed to represent Richard during revocation proceedings.

IT IS SO ORDERED this 1st day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE