**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                        No. 4:11CR00290-05 JLH

ERNEST RICHARD                                                                   DEFENDANT

## ORDER

Pending before the Court is defendant's Motion to Continue Revocation Hearing currently set for October 29, 2015. The motion is GRANTED. Document #606. The hearing on the pending motion to revoke supervised release of defendant Ernest Richard is hereby rescheduled for **TUESDAY, NOVEMBER 3, 2015, at 9:30 A.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #587.

IT IS SO ORDERED this 29th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE