**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 3 2015

JAMES W. McCORMACK, CLERK
By: _____ Tami C. ___  CK, CLERK
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              NO. 4:11CR00290-05 JLH

ERNEST RICHARD                                             DEFENDANT

### JUDGMENT and COMMITMENT ORDER

Court convened on Tuesday, November 3, 2015, for the scheduled hearing on the government's superseding motion to revoke supervised release. Assistant United States Attorney Stephanie Mazzanti was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Kim Driggers. United States Probation Officer Bradley Anderson also present.

Upon inquiry from the Court, the defendant admitted all violations except those concerning the pending state charges in Fulton County Circuit Court. No proof was offered concerning the Fulton County charges. Accordingly, the Court finds that the violations admitted by defendant occurred, and the superseding motion to revoke supervised release is GRANTED. Document #610.

IT IS THEREFORE ORDERED that defendant be sentenced to **30 DAYS IMPRISONMENT. A term of supervised release of one  (1) year is imposed to follow imprisonment with the following special conditions:**

- All general and standard conditions previously imposed remain in full force and effect.

- The defendant must participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program, which may include inpatient substance abuse treatment, testing, outpatient counseling, and residential treatment. The defendant must abstain from the use of alcohol throughout the course of treatment.

- The defendant must participate in mental health counseling under the guidance and supervision of the U.S. Probation Office and contribute to the costs based on his ability to pay.

**The defendant is remanded to the custody of the United States Marshal to immediately**

**begin serving his sentence.**

IT IS SO ORDERED this _____ day of November, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE