AO 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations
             Sheet 1



# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| ERNEST RICHARD | |

Case No.  4:11CR00290-05 JLH

USM No. 26702-009

Kim Driggers
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)   General, Special _____ of the term of supervision.

☐ was found in violation of condition(s)   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to notify probation office ten days prior to change in residence | 02/18/2016 |
| 2 | Failure to participate in substance abuse treatment as directed | 02/18/2016 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9742

Defendant's Year of Birth:    1985

City and State of Defendant's Residence:
Salem, Arkansas

03/23/2016
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Leon Holmes                    U.S. District Judge
_____
Name and Title of Judge

03/23/2016
_____
Date

DEFENDANT: ERNEST RICHARD
CASE NUMBER: 4:11CR00290-05 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

FOUR (4) MONTHS with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. The Court further recommends placement in a facility nearest Fulton County, Arkansas, so as to remain near his family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at __________ ☐ a.m. ☐ p.m. on __________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on __________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __________ to __________

at __________ with a certified copy of this judgment.

__________
UNITED STATES MARSHAL

By __________
DEPUTY UNITED STATES MARSHAL